Linda Bondi Morrison, Esq. (SBN 210264)
lmorrison@tresslerllp.com
Erfan Samsam Shariat, Esq. (SBN 320330)
eshariat@tresslerllp.com
TRESSLER LLP
4 Park Plaza, Suite 1200
Irvine, California 92614
Tel: (949) 336-1200
Fax: (949) 752-0645

Attorneys for Plaintiff,
GREAT WEST CASUALTY COMPANY

Robert A. von Esch IV, Esq. (SBN 226453)
rob@voneschlaw.com
David V. Luu, Esq. (SBN 243258)
david@voneschlaw.com
VON ESCH LAW GROUP, ALC
2201 East Chapman Avenue
Fullerton, CA 92831
Tel: (714) 456-9118
Fax: (714) 456-9119

Attorneys for Defendants
PALOGIX INTERNATIONAL LIMITED and
PALOGIX INTERNATIONAL USA, LLC

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

GREAT WEST CASUALTY COMPANY, a Nebraska Corporation,

Plaintiff,

vs.

DJT TRANSPORT, INC., a California Corporation; OLMAN SANTOS, an individual; J. DELGADILLO TRUCKING, INC., a California Corporation; PALOGIX INTERNATIONAL LIMITED, a Delaware Corporation; and PALOGIX INTERNATIONAL USA, LLC, a Delaware Limited Liability Company,

Defendants.

**CASE NO.: 1:26-CV-02461-KES-EPG**
Assigned to: Hon. Kirk E. Sherriff

**ORDER GRANTING STIPULATION TO DISMISS DEFENDANTS PALOGIX INTERNATIONAL LIMITED and PALOGIX INTERNATIONAL USA, LLC, THEIR APPEARANCE, AND THEIR AGREEMENT TO BE BOUND BY THE COURT'S JUDGMENT**

**Doc. 17**

Complaint Filed: 3/30/26

**ORDER**

Having reviewed the foregoing Stipulation and finding good cause therefor, IT IS HEREBY ORDERED that:

1. The Stipulation of the Palogix Defendants to Be Bound by Judgment is APPROVED.

2. The Court dismisses the Palogix Defendants without prejudice and without costs or fees.

3. The final judgment entered in this action shall be fully binding upon the Palogix Defendants with respect to all coverage issues adjudicated herein, to the same force and effect as if the Palogix Defendants had actively litigated this proceeding.

IT IS SO ORDERED.

Dated: July 12, 2026

UNITED STATES DISTRICT JUDGE