**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREAT WEST CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DJT TRANSPORT, INC., a California Corporation; OLMAN SANTOS, an individual; J. DELGADILLO TRUCKING, INC., a California Corporation; PALOGIX INTERNATIONAL LIMITED, a Delaware Corporation; and PALOGIX INTERNATIONAL USA, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | CASE NO.: 1:26-CV-02461-KES-EPG<br><br>JOINT STIPULATION AND ORDER CONTINUING THE MANDATORY SCHEDULING CONFERENCE AND RELATED DEADLINES |

**TO THE HONORABLE COURT:**

**PLEASE TAKE NOTICE** that Plaintiff GREAT WEST CASUALTY COMPANY (“Plaintiff”) and Defendant J. DELGADILLO TRUCKING, INC. (“Delgadillo”)(collectively, the “Parties”), by and through their respective counsel of record, hereby stipulate and respectfully request that the Court continue the Mandatory Scheduling Conference currently set for July 30, 2026, to November 3, 2026, or a date thereafter convenient to the Court; continue the deadline for filing the Joint Scheduling Report to a date at least seven (7) days before the continued conference date; and continue or vacate any current scheduling-related deadlines, as the Court deems appropriate.

The Parties respectfully submit the following facts constituting good cause:

WHEREAS, on March 30, 2026, Plaintiff filed this declaratory relief action seeking a

determination of its rights and obligations under the subject insurance policy;

WHEREAS, Defendants DJT Transport, Inc. (“DJT”) and Olman Santos (“Santos”) failed to appear or otherwise respond to Plaintiff's Complaint;

WHEREAS, the Clerk entered defaults against DJT and Santos on June 3, 2026;

WHEREAS, on July 10, 2026, Plaintiff filed its Motion for Default Judgment against DJT and Santos;

WHEREAS, Plaintiff's Motion for Default Judgment against DJT and Santos is presently set for hearing on September 4, 2026;

WHEREAS, Defendants Palogix International Limited and Palogix International USA, LLC (collectively, “Palogix”) filed an Answer in this action and thereafter entered into a stipulation with Plaintiff pursuant to which Palogix agreed to be bound by this Court's coverage determination in exchange for dismissal from this action, subject to Court approval. (ECF Nos. 16, 17, and 17-1);

WHEREAS, on July 13, 2026, the Court approved the stipulation, dismissed Palogix from this action, and ordered that Palogix be bound by the Court’s final coverage determination. (ECF No. 20);

/ / /

WHEREAS, the Parties met and conferred on July 9, 2026, pursuant to the Court’s Order Setting Mandatory Scheduling Conference and agree that resolution of Plaintiff's Motion for Default Judgment may substantially narrow and simplify the issues remaining in this action, thereby promoting judicial economy and reducing the likelihood of unnecessary discovery and motion practice;

WHEREAS, the Parties agree to continuing the Mandatory Scheduling Conference until approximately sixty (60) days after the hearing on Plaintiff's Motion for Default Judgment before scheduling deadlines are established for the remainder of the case;

WHEREAS, the requested continuance will not prejudice any party and will promote the efficient administration of this action;

NOW, THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate and respectfully request that the Court enter an order:

1. Continuing the Mandatory Scheduling Conference currently set for July 30, 2026, to November 3, 2026, or a date thereafter convenient to the Court;
2. Continuing the deadline to file the Joint Scheduling Report to a date at least seven (7) days before the continued conference date; and
3. Continuing or vacating any current scheduling-related deadlines, as the Court deems appropriate.

**IT IS SO STIPULATED**.

Dated: July 22, 2026

TRESSLER LLP

By: *__/s/ Linda Bondi Morrison__*

Linda Bondi Morrison, Esq.
Erfan Samsam Shariat, Esq.
Attorneys for Plaintiff GREAT WEST CASUALTY COMPANY

Dated: July 22, 2026

QUINN & KRONLUND, LLP

By: *__/s/ Michael C. Kronlund__*

Michael C. Kronlund, Esq.
Attorneys for Defendant J. DELGADILLO TRUCKING, INC.

ORDER

The Court, having considered the Parties' Joint Stipulation and finding good cause therefor, **HEREBY ORDERS**:

1. The Mandatory Scheduling Conference currently set for July 30, 2026, is continued to November 3, 2026, at 10:00 a.m.
2. The deadline for filing the Joint Scheduling Report is continued to a date at least seven (7) days before the continued Mandatory Scheduling Conference.

IT IS SO ORDERED.

Dated: **July 22, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE